Robert M. Partain, Esq. (CSB #221477)
 (robert@aswtlawyers.com)
Mike Arias, Esq. (CSB #115385)
 (mike@aswtlawyers.com)
**ARIAS SANGUINETTI WANG & TORRIJOS LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel: (310) 844-9696

Michael Cowgill, Esq. FL Bar No. 1010945
 (*pro hac vice pending*)
 (mcowgill@mctlaw.com)
**MAGLIO CHRISTOPHER & TOALE LAW FIRM**
1605 Main Street, Suite 710
Sarasota, Florida 34236
Tel: (888) 952-5242

Attorneys for Plaintiff
WILLIAM BRADLEY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BRADLEY,<br><br>    Plaintiff,<br><br>        v.<br><br>THOMAS P. SCHMALZRIED, M.D., an individual; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, a California Corporation; PINNACLE WEST ORTHOPAEDICS, INC., a California Corporation; GREGORY T. SWITZER, an individual, AIMEE ANSELMO, an individual, MEDICAL DEVICE BUSINESS SERVICES, INCORPORATED (f/k/a DEPUY, INC.; DEPUY ORTHOPEDICS, INC.; and DEPUY ORTHOPAEDICS, INC.), a foreign corporation; DEPUY SYNTHES SALES, INC., a foreign Corporation; JOHNSON & JOHNSON SERVICES, INC., a foreign Corporation; JOHNSON & JOHNSON, a foreign Corporation; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.  4:22-CV-00414 HSG<br><br>HON. HAWYOOD GILLIAM, JR.<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO SPECIAL SET HEARING ON MOTION FOR REMAND**<br><br>Amended Complaint filed: 09/15/2021 |

**ORDER**

Upon consideration of Plaintiff William Bradley's Ex Parte Application to Specially Set the hearing on Plaintiff's Motion for Remand, it is hereby ordered that Plaintiff's Ex Parte Application is DENIED.

**IT IS SO ORDERED.**

Dated: 2/10/2022



Hon. H[aywood S. Gilliam Jr.]
UNITE[D STATES DISTRICT JUDG]E

**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION
TO SPECIAL SET HEARING ON MOTION FOR REMAND
(4:22-CV-00414 HSG)**