1  DAVID C. ALLEN (SBN 190479)
   *david.allen@btlaw.com*
2  KELLEY S. OLAH (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gathompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:     (310) 284-3880
6  Facsimile:     (310) 284-3894

7  Attorneys for Defendants
   MEDICAL DEVICE BUSINESS SERVICES INC. f/k/a
8  DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES
   SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.;
9  JOHNSON & JOHNSON

10                **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13  WILLIAM BRADLEY,                          Case No.  3:22-cv-00414-HSG

14                 Plaintiff,                 **STIPULATED REQUEST TO EXTEND
                                              BRIEFING SCHEDULE ON PLAINTIFF'S**
15            vs.                             **MOTION TO REMAND [L.R. 6-2]**

16                                            *[Filed concurrently with Declaration of
   THOMAS P. SCHMALZRIED, M.D.,               Gabrielle J. Anderson-Thompson]*
17  THOMAS P. SCHMALZRIED, M.D. A
   PROFESSIONAL CORPORATION,
18  PINNACLE WEST ORTHOPAEDICS,
   INC., GREGORY T. SWITZER, AIMEE            JURY TRIAL DEMANDED
19  ANSELMO; MEDICAL DEVICE
   BUSINESS SERVICES,
20  INCORPORATED (f/k/a DEPUY, INC.;
   DEPUY ORTHOPEDICS, INC.; and              Amended Complaint Filed:  9/15/2021
21  DEPUY ORTHOPAEDICS, INC.);
   DEPUY SYNTHES SALES,
22  INCORPORATED; JOHNSON &
   JOHNSON SERVICES,
23  INCORPORATED; JOHNSON &
   JOHNSON; AND DOES 1 through 30,
24  inclusive,

25                 Defendants.

26           TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

27           Defendants MEDICAL DEVICE BUSINESS SERVICES INC. f/k/a DEPUY

28

1  ORTHOPAEDICS, INC., DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON,

2  JOHNSON & JOHNSON SERVICES, INC. ("Defendants") and Plaintiff WILLIAM BRADLEY

3  (hereinafter "Plaintiff") hereby agree to Defendants' request for a two week extension of time for

4  Defendants to file an Opposition to Plaintiff's Motion to Remand and Plaintiff to file a Reply in

5  support of his Motion to Remand. Plaintiff's Motion to Remand is currently set for hearing on

6  June 2, 2022. Defendants' Opposition is currently due on February 22, 2022 and Plaintiff's Reply

7  on March 1, 2022. In light of the June 2, 2022 hearing date, the parties stipulate to continue the

8  Opposition deadline two weeks to March 8, 2022 and the Reply deadline to March 15, 2022.

9  Dated:  February 14, 2022                    **ARIAS SANGUINETTE WANG &**
                                                **TORRIJOS LLP**
10

11

12                                             By:/s/ Robert M. Partain
                                                  Robert M. Partain
13                                                Mike Arias
                                                  Attorneys for Plaintiff WILLIAM BRADLEY
14

15                                             **BARNES & THORNBURG LLP**
   Dated:  February 14, 2022
16

17                                             By:/s/ Gabrielle J. Anderson-Thompson
                                                  David C. Allen
18                                                Kelley S. Olah
                                                  Gabrielle J. Anderson-Thompson
19                                                Attorneys for Defendants
                                                  MEDICAL DEVICE BUSINESS SERVICES
20                                                INC. f/k/a DEPUY ORTHOPAEDICS, INC.;
                                                  DEPUY SYNTHES SALES, INC.;
21                                                JOHNSON & JOHNSON SERVICES, INC.;
                                                  JOHNSON & JOHNSON
22

23                         **SIGNATURE ATTESTATION**

24        I hereby attest that I have obtained the concurrence of all signatories listed for the filing of

25  this stipulation.

26  Dated:  February 14, 2022                    **BARNES & THORNBURG LLP**

27                                             By:/s/ Gabrielle J. Anderson-Thompson
                                                  Gabrielle J. Anderson-Thompson
28

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

Dated: 2/14/2022____

3

Hon. Haywood S. Gilliam, Jr.

4

United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND