AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

WILLIAM BRADLEY
              Plaintiff (s),
V.
THOMAS P. SCHMALZRIED, M.D., et al.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: ~~3:22-cv-00414~~ 4:22-cv-00414-HSG

Notice is hereby given that, subject to approval by the court, __WILLIAM BRADLEY (PLAINTIFF)__ substitutes
(Party (s) Name)

__MICKEL MONTALBAN ARIAS__ , State Bar No. __115385__ as counsel of record in
(Name of New Attorney)

place of __BRIAN DOSTER CHASE and TOMISLAV GEORGE ANTUNOVICH__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ARIAS SANGUINETTI WANG & TORRIJOS LLP
    Address: 6701 CENTER DR. W., STE 1400, LOS ANGELES, CA 90045
    Telephone: (310) 844-9696    Facsimile (310) 861-0168
    E-Mail (Optional): mike@aswtlawyers.com

I consent to the above substitution.
Date: 1/31/2022

*William Bradley* (DocuSigned)
(Signature of Party (s))

I consent to being substituted.
Date: 1/31/2022

(Signature of Former Attorney (s))

I consent to the above substitution:
Date: February 3, 2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/18/2022

*Haywood S. Gill Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]