DocuSign Envelope ID: 5E02B4A5-55AC-4F1F-AA01-CD8AC7C31F2E
Case 4:22-cv-00414-HSG   Document 28   Filed 02/18/22   Page 1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

WILLIAM BRADLEY

Plaintiff (s),

V.

THOMAS P. SCHMALZRIED, M.D., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: ~~3:22-cv-00414~~ 4:22-cv-00414-HSG

Notice is hereby given that, subject to approval by the court, WILLIAM BRADLEY (PLAINTIFF) substitutes
(Party (s) Name)

ROBERT MERRILL PARTAIN , State Bar No. 221477 as counsel of record in
(Name of New Attorney)

place of BRIAN DOSTER CHASE and TOMISLAV GEORGE ANTUNOVICH .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: ARIAS SANGUINETTI WANG & TORRIJOS LLP

Address: 6701 CENTER DR. W., STE 1400, LOS ANGELES, CA 90045

Telephone: (310) 844-9696   Facsimile (310) 861-0168

E-Mail (Optional): robert@aswtlawyers.com

I consent to the above substitution.

Date: 1/31/2022

*William Bradley* (DocuSigned)

(Signature of Party (s))

I consent to being substituted.

Date: 1/31/2022

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 3, 2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/18/2022

*Haywood S. Gilliam Jr.*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**